AO 91 (Rev. 02/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
OCT 10 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America )<br>v. )<br>-01 Oscar Antonio FLORES-ARRIAGA YOB: 1983 USC )<br>-02 Jose Ventura DE LEON-FUENTES YOB: 1974 )<br>Mexican National )<br>_____ )<br>*Defendant* | Case No. M-19-2459-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  10/09/2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  Title 18  U. S. C. §  924(a)(1)(A) and 2(a) , an offense described as follows:

Whoever, knowingly makes any false statement or representation with respect to the information required to be kept in the records of a federal firearms licensee.

Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

*Complainant's signature*

Approved by AUSA Amy Greenbaum 10/10/19

Michael Cardenas, ATF Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/10/2019 - 8:55 a.m.

*Judge's signature*

City and state:  McAllen, TX        Juan Alanis, U.S. Magistrate Judge
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

This affidavit is in support of a criminal complaint charging Oscar Antonio FLORES-ARRIAGA (hereinafter referred to as "FLORES-ARRIAGA") and Jose Ventura DE LEON-FUENTES (hereinafter referred to as "DE LEON-FUENTES"), with the criminal violation set forth in Attachment A. The evidence available to me demonstrates that there is probable cause that DE LEON-FUENTES aided and abetted FLORES-ARRIAGA in violating Title 18 U.S.C. Section 924(a)(1)(A) which provides as follows: Whoever, knowingly makes any false statement or representation with respect to the information required to be kept in the records of a federal firearms licensee (FFL).

Further, the Affiant states as follows:

On or about October 9, 2019, ATF Agents, to include your affiant, and HSI Agents were conducting surveillance in the area of a Federal Firearms Licensee (FFL) located in Hidalgo County, Texas when agents observed FLORES-ARRIAGA and DE LEON-FUENTES exit the FFL. Agents observed FLORES-ARRIAGA walking out of the FFL with a brown paper bag and one rifle cardboard box. Agents observed DE LEON-FUENTES enter the driver's seat and FLORES-ARRIAGA enter the front passenger seat of a Mexican plated vehicle.

ATF/HSI agents maintained surveillance once DE LEON-FUENTES and FLORES-ARRIAGA departed from the FFL. Agents made consensual contact with FLORES-ARRIAGA and DE LEON-FUENTES when the vehicle driven by DE LEON-FUENTES parked at a residence in Mission, TX. Agents asked FLORES-ARRIAGA and DE LEON-FUENTES if they would be willing to consensually speak to Agents at the McAllen HSI Office to which both agreed.

Post Miranda interview of FLORES-ARRIAGA revealed that FLORES-ARRIAGA was recruited by DE LEON-FUENTES to purchase a Browning .380 pistol and one Browning .270 caliber bolt action rifle for DE LEON-FUENTES. FLORES-ARRIAGA stated that DE LEON-FUENTES provided him with the money to purchase both the firearms. DE LEON-FUENTES (MC) stated he was paid approximately $200, for the purchase of both firearms, for his profit. FLORES-ARRIAGA admitted to making a false statement on ATF Form 4473 when he indicated that he was the actual purchaser when in fact, he was purchasing the firearms for DE LEON-FUENTES.

Post-Miranda interview of DE LEON-FUENTES revealed that DE LEON-FUENTES provided FLORES-ARRIAGA with the money to purchase both firearms. DE LEON-FUENTES stated that he provided FLORES-ARRIAGA with the money to purchase the firearms so both DE LEON-FUENTES and FLORES-ARRIAGA could go hunting at a later date. DE LEON-FUENTES stated he knew he could not purchase the firearms because he was a Mexican National and could not purchase firearms from an FFL.